HARRAH V. TINLEY

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**DARLA HARRAH, as Personal Representative of the Estate of ROBERT L. HARRAH,**
**Plaintiff-Appellant,**
**v.**
**BOB TINLEY and PATSY TINLEY,**
**Defendants-Appellees.**

Docket No. A-1-CA-37624
COURT OF APPEALS OF NEW MEXICO
May 21, 2019

APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY, C. Shannon Bacon, District Judge

### COUNSEL

Cravens Law LLC, Richard H. Cravens, IV, Albuquerque, NM for Appellant

Stephen C.M. Long, Albuquerque, NM, Brad Hays, Rio Rancho, NM for Appellees.

### JUDGES

M. MONICA ZAMORA, Chief Judge. WE CONCUR: J. MILES HANISEE, Judge BRIANA H. ZAMORA, Judge

**AUTHOR:** M. MONICA ZAMORA

### MEMORANDUM OPINION

**M. ZAMORA, Chief Judge.**

**{1}** Plaintiff Darla Harrah appeals an order denying reconsideration of a summary judgment. [DS 2] This Court's notice of proposed summary disposition proposed to affirm the judgment of the district court. [CN 6] In response, Plaintiff has filed a notice that she does not object to that proposed disposition. We, therefore, affirm the order entered below.

{2}     IT IS SO ORDERED.

M. MONICA ZAMORA, Chief Judge

WE CONCUR:

J. MILES HANISEE, Judge

BRIANA H. ZAMORA, Judge